**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

TYKEEM GOODING,
Petitioner,

v.

TINA WALKER, *et al.*,
Respondents.

Case No. 2:25-cv-00904-JLS

**ORDER**

**AND NOW**, this 17th day of September 2026, upon careful and independent consideration of the petition for writ of habeas corpus and the response, and after review of the Report and Recommendation of United States Magistrate Judge Caroline Goldner Cinquanto, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The petition for writ of habeas corpus is **DISMISSED** as moot; and
3. There is no basis for the issuance of a certificate of appealability.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL
United States District Court Judge